IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KEKOA MANIBUSAN,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD SPECTER, STEVEN FAMA and<br>PRISON LAW OFFICE,<br><br>    Defendants. | No. C 05-04868 WHA<br><br><br>**ORDER TO SHOW CAUSE** |

Defendants removed this action from Superior Court. Defendants are **ORDERED TO SHOW CAUSE** why this action should not be remanded to state court for failure to state a federal claim. The complaint appears to allege only state-law professional malpractice. Defendants' response is due at noon, January 13, 2006.

**IT IS SO ORDERED.**

Dated: December 16, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE