IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH KEKOA MANIBUSAN,

    Plaintiff,

v.

DONALD SPECTER, STEVEN FAMA and PRISON LAW OFFICE,

    Defendants.

No. C 05-04868 WHA

**ORDER SETTING DISPOSITIVE MOTION DEADLINE**

    Due to plaintiff's incarceration, good cause exists not to hold a case management conference. Defendants shall file a dispositive motion on or before **MAY 23, 2007**. Plaintiff's opposition will be due by **JUNE 20, 2007**. Any reply will be due on **JULY 5, 2007**. Unless the Court decides otherwise, the motion will be decided on the papers without oral argument.

    **IT IS SO ORDERED.**

Dated: March 23, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE