IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KEKOA MANIBUSAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONALD SPECTER, STEVEN FAMA and PRISON LAW OFFICE,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　　／ | No. C 05-04868 WHA<br><br>**REQUEST FOR RESPONSE** |

　　　Defendants will please file a response to plaintiff's motion for order compelling disclosure by **JUNE 13, 2007**.

　　　**IT IS SO ORDERED.**

Dated: June 7, 2007.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE